**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DR. ASHLEY MUCHOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **No. 25 C 01459** |
| ) | |
| UNITED STATES CITIZENSHIP AND ) | **The Honorable Jeremy C. Daniel** |
| IMMIGRATION SERVICES add UNITED ) | |
| STATES DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Dr. Ashley Muchow voluntarily dismisses this case with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation is signed by all remaining parties.

Respectfully submitted,

s/ J. Damian Ortiz
J. DAMIAN ORTIZ
Attorney for Plaintiff
UIC Law Pro Bono Litigation Clinic
315 South Plymouth Court
Chicago, Illinois 60604
(312) 427-2737 x29844
jdortiz@uic.edu

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov